UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN ELECTRICAL EMPLOYEES'
PENSION FUND, Trustees of; *et al*,

    Plaintiffs,

v

CORNISH ELECTRICAL, INC., d/b/a
RO-LYN ELECTRICAL, INC. and
LINDA CORNISH,

    Defendants.
_____/

Case No. 1:07-CV-832

Hon. Paul L. Maloney
Mg. Judge Ellen S. Carmody

CONSENT ORDER MODIFYING CONSENT ORDER FOR EXAMINATION
OF JUDGMENT DEBTOR AS ENTERED SEPTEMBER 16, 2009 TO DISSOLVE
<u>RESTRAINING ORDER PROVISIONS WITHOUT PREJUDICE</u>

THIS MATTER having come before this Court upon the stipulation of the parties, the Court finding good cause for entry of this order and being otherwise fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that the restraining provision contained in the Consent Order for Examination of Judgment Debtor as entered September 16, 2009 [Docket No. 19] is hereby set aside and dissolved without prejudice.

IT IS FURTHER ORDERED that all other provisions of this Court's Consent Order for Examination of Judgment Debtor entered on September 16, 2009 [Docket No. 19] remain in full force and effect.

DATED: November 30, 2009

/s/ Paul L. Maloney
U.S. DISTRICT COURT JUDGE

[signatures contained on page 2]

[continued from page 1]

Approved for entry:

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.                    WITTE LAW OFFICES

 /s/  Craig E. Zucker                         /s/ per consent of Norman Witte
CRAIG E. ZUCKER (P39907)                  NORMAN WITTE (P40546)
Counsel for Plaintiffs                    Counsel for Defendants
400 Galleria Officentre, #444             119 E. Kalamazoo St.
Southfield, MI 48034                      Lansing, MI 48933-2111
(248) 827-4100                            (517) 485-0070
czucker@ermanteicher.com                  ncwitte@wittelaw.com

F:\funds\cornish\stip modify restraining order.doc